**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 42122**

| | | |
|---|---|---|
| **STATE OF IDAHO,** | ) | **2015 Unpublished Opinion No. 311** |
| | ) | |
| **Plaintiff-Respondent,** | ) | **Filed:  January 15, 2015** |
| | ) | |
| **v.** | ) | **Stephen W. Kenyon, Clerk** |
| | ) | |
| **BRENT LEE MATHERLY,** | ) | **THIS IS AN UNPUBLISHED** |
| | ) | **OPINION AND SHALL NOT** |
| **Defendant-Appellant.** | ) | **BE CITED AS AUTHORITY** |
| | ) | |

Appeal from the District Court of the Fifth Judicial District, State of Idaho, Minidoka County.  Hon. Jonathan P. Brody, District Judge.

Judgment of conviction and unified sentence of nine years, with a minimum period of confinement of two years, for burglary, <u>affirmed</u>.

Sara B. Thomas, State Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before MELANSON, Chief Judge; GUTIERREZ, Judge;
and GRATTON, Judge

_____

PER CURIAM

Brent Lee Matherly pled guilty to burglary.  I.C. § 18-1401.  In exchange for his guilty plea, additional charges were dismissed.  The district court sentenced Matherly to a unified term of nine years, with a minimum period of confinement of two years.  Matherly filed an I.C.R 35 motion, which the district court denied.  Matherly appeals, arguing the district court abused its discretion by imposing an excessive sentence.

Sentencing is a matter for the trial court's discretion.  Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here.  *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App.

1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982).  When reviewing the length of a sentence, we consider the defendant's entire sentence.  *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007).  Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Matherly's judgment of conviction and sentence are affirmed.